Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 13 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:24-CR-2053-MKD |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 2250(a) |
| JAYLA JIMMIE OWENS, | Failure to Register as a Sex Offender |
| Defendant. | |

The Grand Jury charges:

Between on or about April 9, 2017, and August 13, 2024 in the Eastern District of Washington, the Defendant, JAYLA JIMMIE OWENS, a person required to register under the Sex Offender Registration and Notification Act, and as a sex offender by reason of having been convicted in Superior Court of Washington for Yakima County, Case No. 01-1-00134-1, of Indecent Liberties, in violation of RCW 9A.44.100(1)(a), did enter, leave, and reside in Indian country, and did knowingly fail to register and update a registration as required under the

INDICTMENT – 1

Sex Offender Registration and Notification Act, in violation of 18 U.S.C. § 2250(a).

DATED this 13 day of August, 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Benjamin Seal*
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 2